UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO.: 5: 18-CR-0049-2FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JUAREZ TADOWEL MORGAN, | ) |
| Defendant. | ) |

**************************************************************************
**ORDER TO SEAL**
**************************************************************************

**THIS CAUSE** is before the court on a Motion of the Defendant to seal ECF Docket No. 113.

Defense counsel informs the Court that she and Assistant United States Attorney Frank Bradsher believe it would be in the best interest of all parties for ECF Docket No. 113 to be filed under seal at this time.

**FOR GOOD CAUSE SHOWN** the Defendant's motion is ALLOWED.

SO ORDERED, this the 30th day of October, 2018.

*Honorable Louise W. Flanagan*
United States District Court, EDNC