UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTHCAROLINA
WESTERN DIVISION

NO.: 5: 18-CR-0049-2FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| JUAREZ TADOWEL MORGAN, | ) |
| Defendant. | ) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS CAUSE** is before the court on a Motion of the Defendant to allow an objection to the Pre-Sentence Report at this time.

Counsel informs the Court that the Defendant now wishes to raise an objection to being designated a career offender in the Pre-Sentence Report based upon a prior conviction of assault in the State of North Carolina.

**FOR GOOD CAUSE SHOWN** the Defendant's motion is ALLOWED.

SO ORDERED, this the __27th____ day of February, 2019.

_____
Honorable Louise W. Flanagan
United States District Court, EDNC